UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MOLLY BRENNAN, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> Defendants. | Case No.: 20-CV-2472-BEN-WVG <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR MOVING DEFENDANTS TO RESPOND TO COMPLAINT** <br><br> **[ECF No. 8]** |
|---|---|

Plaintiff Molly Brennan and Defendants Teva Pharmaceuticals USA, Inc., the Cooper Companies, Inc., and CooperSurgical, Inc. ("Moving Defendants") filed a Joint Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint (the "Joint Motion").  ECF No. 8.  The non-moving Defendants have already filed answers to the Complaint.  *See* ECF Nos. 4-6.  Good cause appearing, the Court **GRANTS** the Joint Motion.  Moving Defendants must file their responsive pleadings by January 22, 2021.

**IT IS SO ORDERED.**

Dated: December 28, 2020

_____
**HON. ROGER T. BENITEZ**
United States District Judge

1